RECEIVED
IN LAKE CHARLES, LA

MAY - 6 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

No. **2005-000013**

FILED **JAN 03 2005** V H

Deputy Clerk of Court
Calcasieu Parish, Louisiana

**CV05-0791**

SCANNED JAN 5 2005

| | | |
|---|---|---|
| **DONALD J. MCNEAL** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| Vs. | § | Calcasieu **PARISH, LOUISIANA** |
| | § | |
| **KANSAS CITY RAILWAY AND** | § | |
| **ED LAUGHLIN** | § | **14TH JUDICIAL DISTRICT** |

**PLAINTIFF'S ORIGINAL PETITION** JUDGE TRIMBLE

MAGISTRATE JUDGE WILSON

To THE HONORABLE JUDGE OF SAID COURT:

COME NOW, DONALD J. MCNEAL, Plaintiff in the above-entitled and numbered

cause and files Plaintiff's Original Petition, complaining of KANSAS CITY RAILWAY AND ED

LAUGHLIN, Defendants (hereinafter referred to as "Defendants"), and for a cause of action

would show the following:

**PARTIES**

1.  Plaintiff, DONALD J. MCNEAL, is appearing in Court through his attorney of record.

2.  Defendant, KANSAS CITY RAILWAY, is a is a business operating in Louisiana and may

be served with process by serving Arthur R. Carmody, Jr., 17th Floor Beck Building.,

Shreveport, LA 71102.

3.  Defendant, ED LAUGHLIN, is an individual who can be served at his residence 901 S.

3rd Street, Leesville, Louisiana 71446.

**JURISDICTION AND VENUE**

4.  This action is brought pursuant to the Louisiana Commission on Human Rights Act.

Venue is proper in this discrimination suit in this district, because:

    a.  The act giving rise to the claims of unlawful discrimination occurred in

        Louisiana, within this District;

    b.  Plaintiff resides in Port Arthur, Texas; and

    c.  Defendant does business in this District and in the State of Louisiana.

Therefore, suit is proper in the this District Court of Louisiana.

PROCESSED
DATE JAN 0 4 2005

1

## FACTS AND CAUSES OF ACTION

5.     Plaintiff was employed by Defendant Kansas City Railway. During the time he was employed there, the individual Defendant Ed Laughlin, made it clear to Plaintiff that he did not want to work with African-Americans. Defendant Ed Laughlin is bigoted toward all African-American employees of Kansas City Railway. The individual Defendant Laughlin undertook specific tortious acts and planned to disrupt the employment relationship of Plaintiff with Defendant Kansas City Railway. As such, Plaintiff sues the individual Defendant for tortious interference with business relationships, a civil conspiracy to commit this tort and intentional infliction of emotional distress, all of which have proximately caused actual damages to Plaintiff within the jurisdictional court limits of this court, for which Plaintiff sues.

6.     Pleading further, Plaintiff would show that Laughlin Defendant did not have either an absolute or conditional privilege to tortiously interfere with Plaintiff's business relationship. The individual Defendant was not acting in the best interest of Kansas City Railway when he undertook these acts against Plaintiff, the Defendant was acting contrary to state law and there is no business justification for his conduct. As such, the individual Defendant is not entitled to an affirmative defense of privilege or justification.

7.     Plaintiff is also suing Defendant Kansas City Railway for racial discrimination in employment based upon race. Plaintiff is also suing this Defendant for racial discrimination, a hostile work environment, retaliation and wrongful termination. In this regard, the Plaintiff would show that this Defendant is bigoted toward African-Americans. This conduct is in violation of State law. Specifically, Defendant does not want to hire or retain black employees, such as Plaintiff. As such, Defendant looked for a pretextual reason to terminate the Plaintiff's employment, and when it found one, it used it to terminate Plaintiff. Plaintiff would show that white employees in the same or similar conditions or circumstances were not terminated under the same or similar circumstances.

2

## RELIEF REQUESTED

8.    Pursuant to the Louisiana Commission on Human Rights Act, Plaintiff herein prays for compensatory damages for past lost wages and future pecuniary losses; past and future emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, other past and future nonpecuniary losses; and reinstatement to his former position. Plaintiff also sues to recover all damages proximately caused by the torts of Defendants, as pled herein. Plaintiff also seeks all damages proximately caused by the torts of Defendant Laughlin, including Plaintiff's full economic damages (past and future), as well as all non-economic damages (mental anguish and loss of enjoyment of life) in the past and into the future. Plaintiff requests an additional amount in attorneys' fees, to be set by the court, pursuant to statute.

9.    Additionally, Plaintiff would show that the acts of Defendants were made with malice or with reckless indifference to the state protected rights of Plaintiff; and as such, Defendants are liable for exemplary or punitive damages, in an amount to be set by the jury.

WHEREFORE, PREMISES CONSIDERED, Plaintiff pray that Defendants be cited to appear and answer herein that Plaintiff recover his actual damages, punitive damages, statutory damages, attorneys' fees, costs and for such other and further relief, at law or in equity, to which he may be justly entitled.

Respectfully submitted,

JOHN S. MORGAN
Louisiana Bar No. 19968
710 N. 11th Street
Beaumont, Texas 77702
Telephone:    (409) 833-1196
Facsimile:    (409) 838-2017

ATTORNEY FOR PLAINTIFF,
DONALD J. MCNEAL

3

### JURY DEMAND

Plaintiff respectfully requests a jury in the above-referenced matter.

JOHN S. MORGAN

# LINDSAY & MORGAN, P.L.L.C.

## ATTORNEYS AT LAW
710 NORTH 11TH STREET
BEAUMONT, TEXAS 77702

PHONE (409) 833-1196  FACSIMILE (409) 838-2017

**SHAREHOLDERS**
Michael J. Lindsay
mlindsay@lindsaymorgan.com

John S. Morgan
jmorgan@lindsaymorgan.com

**ASSOCIATE**
Laura A. Wallace
lwallace@lindsaymorgan.com

December 28, 2004


Mr. James R. Andrus
DISTRICT CLERK OF COURT, CALCASIEU PARISH
1000 Ryan Street
Lake Charles, Louisiana 70601

      Re:    Cause No. 05-0013; *Donald J. McNeal v. Kansas City Railway and Ed Laughline* In the ___14th___ Judicial District Court of Calcasieu Parish, Louisiana

Dear Mr. Andrus:

      Enclosed are the original and four copies of Plaintiffs' Original Petition, together with our firm check in the amount of $250.00. Please file the original among the papers of the Court, issue citation to Defendant s and return the citations and a file-stamped copy of the petition to the undersigned in the enclosed self-addressed, stamped envelope.

      Thank you for your attention to this matter.

                    Very truly yours,

                    JENNIFER CLARKE
                    Legal Assistant

JLC/s
Enclosures