UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

## NOTICE OF MANUAL ATTACHMENT

CASE# 2:05cv0791

DONALD J McNEAL

    VS.

KANSAS CITY RAILWAY et al

ATTACHMENTS TO:

    DESCRIPTION:    Original Petition (State Court Pleadings)

    FILED BY:    Plaintiff

    FILE DATE:    05/06/05 (01/03/05 in 14th JDC)

ARE LOCATED IN THE CLERK'S OFFICE OF THE PRESIDING JUDGE