UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  Tuesday, May 1, 2007
BY TINA BENOIT

DONALD J MCNEAL

VERSUS

KANSAS CITY RAILWAY

CIVIL ACTION NO.  2:05CV791

MAGISTRATE JUDGE WILSON

| Magistrate Judge: | Alonzo P Wilson | Date: | May 1, 2007 |
|---|---|---|---|
| Deputy Clerk: | Tina S Benoit | Court Reporter: | Martha Frye |
| Plaintiff's Counsel: | John S Morgan | Defendant's Counsel: | Scott J Scofield<br>William C Martucci |
| Court Opened: | 8:55 A.M. | Court Adjourned: | 5:05 P.M. |
| Total Time in Court: | 7/05 | | |

Jury Trial
Second Day

**Comments:** Witnesses sworn and told of sequestration rule.  Plaintiff's case continues.  Plaintiff rested.  Motion by KCS for Judgment as a matter of law under Rule 50(a) on the issue of liability.  Motion denied.  Motion by KCS for Judgment as a matter of law under the issue of punitive damages.  Motion denied reserving the right for defendant to reurge the motion.  Defendant's case in chief not concluded.  Court will resume at 9:00 A.M. on May 2, 2007.