UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE   Wednesday, May 2, 2007
BY TINA BENOIT

DONALD J MCNEAL

VERSUS

KANSAS CITY RAILWAY, ET AL

CIVIL ACTION NO.   2:05CV791

MAGISTRATE JUDGE WILSON

| Magistrate Judge: | Alonzo P Wilson | Date: | May 2, 2007 |
|---|---|---|---|
| Deputy Clerk: | Tina S Benoit | Court Reporter: | Martha Frye |
| Plaintiff's Counsel: | John S Morgan | Defendant's Counsel: | Scott J Scofield |
| Court Opened: | 9:09 A.M. | Court Adjourned: | 6:09 P.M. |
| Total Time in Court: | 7/30 | | |

Jury Trial
3rd Day

Comments: Defendant rested. Defendant renewed judgment as a matter of law. Motion granted as to punitive damages, otherwise denied. Jury deliberations began at 4:22 P.M. Jury verdict at 6:02 P.M. Jury verdict for plaintiff. Counsel for plaintiff asked for two weeks to prepare a motion for attorney fees, costs and expenses. Defense counsel will have a response within one week. The court will rule on that motion, then instructed the plaintiff's counsel to prepare a judgment and have it approved as to form, submit it to the court within 10 days after ruling on the motion and the parties will then have 10 days from the signing of the judgment to file any motions. Court adjourned.