U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

AUG - 6 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DONALD J. MCNEAL | § | |
| | § | |
| Vs. | § | CA No. 2:05CV0791 |
| | § | |
| KANSAS CITY RAILWAY AND | § | |
| ED LAUGHLIN | § | |

## FINAL JUDGMENT

This matter came on to trial before this Court on April 30, 2007. All parties announced ready, and the Court empaneled a jury and the trial began. After trial, the jury found in response to question number 1, that the Defendant terminated Plaintiff, Donald McNeal, because of his race. The jury answered question number 2 "no." In response to question number 3, the jury awarded lost wages and benefits up to the time of trial of $123,985.00. The Court accepted the verdict, and discharged the jury. Therefore, this Court now awards final judgment as follows:

It is ORDERED, ADJUDGED AND DECREED, that Plaintiff, have and recover judgment against Kansas City Southern Railroad in the amount of $123,985.00.

It is further ORDERED that on this amount, prejudgment interest shall run at the federal fund effective rate of 5.25% from the date of filing of this case up to the date of entry of judgment, for a total interest of $16,364.62, for a total recovery of $140,349.62.

1

It is further, ORDERED, ADJUDGED and DECREED that Plaintiff have and recover attorneys' fees in the amount of $76,910.00 with the successful prosecution of this Title VII action through the trial of this case and for responding to post-trial motions.

Therefore, it is ORDERED, ADJUDGED and DECREED that Plaintiff, Donald McNeal, have and recover judgment against Defendant Kansas City Southern Railroad for the full and total amount of $217,259.62.

It is further ORDERED, ADJUDGED and DECREED that Plaintiff recover all taxable court costs, and post-judgment interest shall run on this judgment amount until such judgment is paid in full.

It is further ORDERED, ADJUDGED and DECREED that all writs and processes that are necessary can be issued for the enforcement of this Final Judgment.

This Final Judgment disposes of all parties and all matters and is appealable.

Signed this 6th day of August, 2007.

_____
JUDGE PRESIDING

SUBMITTED BY:

_____
JOHN S. MORGAN
Attorney for Plaintiff

APPROVED AS TO FORM ONLY:

_____
SCOTT SCOFFIELD
Attorney for Defendants

2

# SCOFIELD, GERARD, SINGLETARY & POHORELSKY
ATTORNEYS AT LAW
A LIMITED LIABILITY COMPANY
POST OFFICE DRAWER 3028
LAKE CHARLES, LOUISIANA 70602

JOHN B. SCOFIELD
RICHARD E. GERARD, JR.[1]
C. ESTON SINGLETARY[2]
SCOTT J. SCOFIELD
JOHN R. POHORELSKY
PATRICK D. GALLAUGHER, JR.
ROBERT E. LANDRY
PHILLIP W. DEVILBISS
KEVIN P. FONTENOT
PETER J. POHORELSKY

901 LAKESHORE DRIVE SUITE 900
LAKE CHARLES, LA 70601
TELEPHONE (337) 433-9436
FACSIMILE (337) 436-0306

www.scofieldgerard.com

[1]ALSO ADMITTED IN TEXAS
[2]ALSO ADMITTED IN WASHINGTON, D.C.

July 26, 2007

HAND DELIVERED

Honorable Alonzo P. Wilson
Magistrate Judge
United States District Court
611 Broad Street
Lake Charles LA 70601

    Re: Donald J. McNeal
        Vs. Docket No. CV05-0791
        Kansas City Railway

Dear Judge Wilson:

    Attached is a copy of the proposed final judgment, filed electronically into the record of the above referenced matter this date.

    If you have any questions, please do not hesitate to call. With best regards, I am,

Sincerely,

SCOTT J. SCOFIELD

SJS/nw
cc: John Morgan