U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

OCT 25 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DONALD J. MCNEAL | : | CIVIL ACTION NO. 05-0791 |
| VS. | : | JUDGE TRIMBLE |
| KANSAS CITY RAILWAY and ED LAUGHLIN | : | MAGISTRATE WILSON |

## FINAL JUDGMENT

Defendant, THE KANSAS CITY SOUTHERN RAILWAY COMPANY, having renewed its motion made during trial for judgment as a matter of law in accordance with Rule 50(b) of the Federal Rules of Civil Procedure, or, in the alternative, for a new trial, and the Court having considered each of the motions:

IT IS ORDERED that the motion of THE KANSAS CITY SOUTHERN RAILWAY COMPANY for judgment as a matter of law be, and it is hereby, granted for the reasons set forth in the Court's Memorandum Ruling dated and entered October 12, 2007; that the verdict and judgment heretofore entered in favor of plaintiff, DONALD J. McNEAL, be set aside; and that a final take nothing judgment be entered herein in favor of defendant, THE KANSAS CITY SOUTHERN RAILWAY COMPANY, and against plaintiff, DONALD J. McNEAL, dismissing with prejudice all claims plaintiff had brought or could have brought against the defendant, THE KANSAS CITY SOUTHERN RAILWAY COMPANY.

IT IS FURTHER ORDERED that, in accordance with applicable law, plaintiff, DONALD J. McNEAL, be ordered to pay all recoverable costs incurred by defendant, THE KANSAS CITY SOUTHERN RAILWAY COMPANY.

IT IS FURTHER ORDERED that defendant, THE KANSAS CITY SOUTHERN RAILWAY COMPANY, shall submit a bill of costs in accordance with Local Rule 54.3 and other applicable law.

IT IS FURTHER ORDERED that the motion for new trial by THE KANSAS CITY SOUTHERN RAILWAY COMPANY is hereby denied.

IT IS FURTHER ORDERED that, in accordance with FRCP 54, this document is a "Judgment" from which an appeal lies upon entry under FRCP 58 and Local Rule 58.1.

Lake Charles, Louisiana, this 25th day of October, 2007.

_____
JUDGE, U.S. DISTRICT COURT

Approved as to form:

SCOFIELD, GERARD, SINGLETARY & POHORELSKY

_____
RICHARD E. GERARD, JR. (#6027)
SCOTT J. SCOFIELD (#14429)
ROBERT E. LANDRY (#18999)
P. O. Drawer 3028
Lake Charles LA 70602
(337) 433-9436

WILLIAM C. MARTUCCI
SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City MO 64108
(816) 474-6550

Counsel for Defendant,
KANSAS CITY SOUTHERN
RAILWAY COMPANY

APPROVED AS TO FORM:

_____
JOHN S. MORGAN (La. Bar #19968)
Lindsay & Morgan, PLLC
710 North 11th Street
Beaumont TX 77702
(409) 833-1196

Counsel for Defendant,
DONALD J. McNEAL

# SCOFIELD, GERARD, SINGLETARY & POHORELSKY
ATTORNEYS AT LAW
A LIMITED LIABILITY COMPANY
POST OFFICE DRAWER 3028
LAKE CHARLES, LOUISIANA 70602

JOHN B. SCOFIELD
RICHARD E. GERARD, JR.[1]
C. ESTON SINGLETARY[2]
SCOTT J. SCOFIELD
JOHN R. POHORELSKY
PATRICK D. GALLAUGHER, JR.
ROBERT E. LANDRY
PHILLIP W. DEVILBISS
KEVIN P. FONTENOT
PETER J. POHORELSKY

901 LAKESHORE DRIVE SUITE 900
LAKE CHARLES, LA 70601
TELEPHONE (337) 433-9436
FACSIMILE (337) 436-0306
www.scofieldgerard.com

[1]ALSO ADMITTED IN TEXAS
[2]ALSO ADMITTED IN WASHINGTON, D.C.

October 23, 2007

HAND DELIVERED

Honorable Alonzo P. Wilson
Magistrate Judge
United States District Court
611 Broad Street
Lake Charles LA 70601

Re: Donald J. McNeal
Vs. Docket No. CV05-0791
Kansas City Railway

Dear Judge Wilson:

Please find enclosed the proposed Final Judgment in connection with the above referenced matter. It has been approved by all parties.

The judgment has not been filed electronically, pending your final approval.

If you have any questions regarding the foregoing, please do not hesitate to call. With best regards, I am,

Sincerely,

SCOTT J. SCOFIELD

SJS/nw
cc: John Morgan